The People of the State of New York, Respondent,
against
Dyasia Fray, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Frances Y. Wang, J.), rendered October 25, 2018, after a nonjury trial, convicting her of attempted aggravated harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Frances Y. Wang, J.), rendered October 25, 2018, affirmed.
The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determinations concerning credibility. The evidence supports the conclusion that defendant made threatening telephone calls to complainant and participated in the other similar threatening calls made to complainant on the same date. The 911 recording captured approximately 17 of the calls made within a short time span, and complainant credibly testified that she knew and recognized defendant's voice.
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: April 17, 2020